AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Larry Ward,<br>*Plaintiff*<br>v.<br>United States of America; Federal Bureau of Prisons; Director Charles Samuels, in his official and individual capacities; Rear Admiral Newton E. Kendig, M.D., in his official and individual capacities; Warden M. Cruz, in her official and individual capacities; Doctor Victor Loranth, in his official and individual capacities; John/Jane Doe, Statutory Agent Officers, in their individual and official capacities; David M. Woodbury, M.D.; Timothy R. Wagner, M.D.; Sharon Poston, CEO,<br>*Defendants* | )<br>)<br>)<br>)<br>) Civil Action No.    0:14-cv-04762-DCN |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Larry Ward, shall take nothing of the defendants, Federal Bureau of Prisons, David M. Woodbury, and Timothy R. Wagner, and the case against these defendants was dismissed without prejudice and without issuance and service of process.

■ other: The plaintiff, Larry Ward, shall take nothing of the defendants, United States of America, Charles Samuels, Rear Admiral Newton E. Kendig, Warden M. Cruz, Doctor Victor Loranth, and John/Jane Doe, as to the complaint filed and the action against these defendants was dismissed without prejudice.

■ other: The plaintiff, Larry Ward, shall take nothing of the defendant, Sharon Poston, as to the complaint filed and the action against this defendant was dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, having affirmed the Report and Recommendation of United States Magistrate Judge, Paige J. Gossett, which dismissed defendants Federal Bureau of Prisons, David M. Woodbury, and Timothy R. Wagner, without prejudice.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, having affirmed the Report and Recommendation of United States Magistrate Judge, Paige J. Gossett, which granted plaintiff's motion to dismiss against defendants United States of America, Charles Samuels, Newton E. Kendig, Warden M. Cruz, Doctor Victor Loranth, and John/Jane Doe without prejudice. It was further ordered that the case against Sharon Poston was dismissed with prejudice.

Date:   October 28, 2015                                         ROBIN L. BLUME, CLERK OF COURT

                                                                         s/G. Mills
                                                            _____
                                                                 *Signature of Clerk or Deputy Clerk*